UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KING MARITIME & EQUIPMENT LLC,

        Petitioner,

v.                                               Case No:   6:19-cv-458-Orl-40LRH

UNKNOWN,

        Defendant.

## RELATED CASE ORDER
## AND TRACK ONE NOTICE

It is hereby **ORDERED** that, no later than fourteen days from the date of this Order, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b). The parties shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS. It is

**FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a **Track One** case. All parties must comply with the requirements established in Local Rule 3.05 for Track One cases.

March 11, 2019

| ROY B. DALTON, JR. | PAUL G. BYRON |
| --- | --- |
| Roy B. Dalton, Jr. [37] | Paul G. Byron [40] |
| United States District Judge | United States District Judge |

| CARLOS E. MENDOZA | |
| --- | --- |
| Carlos E. Mendoza [41] | |
| United States District Judge | |

| G. KENDALL SHARP | PATRICIA C. FAWSETT |
| --- | --- |
| G. Kendall Sharp [18] | Patricia C. Fawsett [19] |
| Senior United States District Judge | Senior United States District Judge |

| GREGORY A. PRESNELL | JOHN ANTOON II |
| --- | --- |
| Gregory A. Presnell [31] | John Antoon II [28] |
| Senior United States District Judge | Senior United States District Judge |

| ANNE C. CONWAY | |
| --- | --- |
| Anne C. Conway [22] | |
| Senior United States District Judge | |

| KARLA R. SPAULDING | GREGORY J. KELLY |
| --- | --- |
| Karla R. Spaulding [KRS] | Gregory J. Kelly [GJK] |
| United States Magistrate Judge | United States Magistrate Judge |

| THOMAS B. SMITH | DANIEL C. IRICK |
| --- | --- |
| Thomas B. Smith [TBS] | Daniel C. Irick [DCI] |
| United States Magistrate Judge | United States Magistrate Judge |

| DAVID A. BAKER | |
| --- | --- |
| David A. Baker [DAB] | |
| United States Magistrate Judge | |

Attachment:  Notice of Pendency of Other Actions [mandatory form]

Copies to:   All Counsel of Record
             All *Pro Se* Parties

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**KING MARITIME & EQUIPMENT LLC,**

    **Petitioner,**

**v.**                                                **Case No:**    **6:19-cv-458-Orl-40LRH**

**UNKNOWN,**

    **Defendant.**

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____    IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

_____    IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:

_____
Counsel of Record or *Pro Se* Party
   [Address and Telephone]