**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KING MARITIME & EQUIPMENT LLC,**

      **Petitioner,**

**v.**                                    **Case No:   6:19-cv-458-Orl-40LRH**

**UNKNOWN,**

      **Respondent.**

## ORDER

On March 8, 2019, the Petitioner filed a verified petition for exoneration from or limitation of liability, pursuant to Rule F, Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions.  (Doc. 1).  Specifically, the Petitioner seeks exoneration from or limitation of liability for all losses, damages, deaths, injuries, and destruction alleged to have occurred as a result of a collision between two vessels on June 3, 2018.  (*Id*.).

On March 11, 2019, Emma Ziulkowski, one of the individuals involved in the accident giving rise to this case, filed a motion to intervene in this case as a matter of right, pursuant to Federal Rule of Civil Procedure 24(a).  (Doc. 4 (Motion)).  In the Motion, Ms. Ziulkowski certified that the Motion is unopposed.  (*Id*. at 7).

On March 25, 2019, the Petitioner filed a response to the Motion.  (Doc. 5).  In the response, the Petitioner states that it was never provided with a copy of the Motion and, contrary to Ms. Ziulkowski's certification, the Petitioner opposes the Motion.  (*Id*. at 2).  Specifically, the Petitioner argues that intervention pursuant to Rule 24(a) is procedurally improper in this admiralty action.  (*Id*. at 2-3).  Instead, the Petitioner argues that if Ms. Ziulkowski wishes to assert a claim

in this action she must file a claim and answer pursuant to Rule F(5), Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions.   (*Id.*).

Since the Motion is opposed and the Petitioner argues that intervention is inappropriate, an argument that Ms. Ziulkowski does not address in the Motion, the Court finds that a reply from Ms. Ziulkowski will be helpful in resolving the Motion.

Accordingly, it is **ORDERED** that:

1. **On or before April 12, 2019**, Ms. Ziulkowski shall file a reply to the Petitioner's response to the Motion.

2. The reply shall not exceed a total of five pages in length.

**DONE** and **ORDERED** in Orlando, Florida on March 29, 2019.

*/s/ Leslie R. Hoffman*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties