UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN ADMIRALTY

| | |
|---|---|
| IN THE MATTER OF KING MARITIME & EQUIPMENT LLC as Owner of the 2015 Yamaha HIN YAMA4538C515 | CASE NO. 6:19-CV-458-Orl-40LRH |

### NOTICE OF MONITION/NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Notice is hereby given that Petitioner, KING MARITIME & EQUIPMENT LLC, has filed a Verified Petition pursuant to Title 46 U.S.C. §§ 30501 *et seq.*, as amended, for exoneration from or limitation of liability of all claims for any injuries, loss, destruction or damage arising out of the alleged incident which occurred in Volusia County, Florida on or about June 3, 2018, as more fully described in the Verified Petition.

All persons having such claims must file their respective claims, as provided in Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk for the United States District Court for the Middle District of Florida, Orlando Division, George C. Young Federal Annex Courthouse, 401 West Central Boulevard, Orlando, Florida 32801 and serve a copy on counsel of record for Petitioner, J. Michael Pennekamp, Esq., Fowler White Burnett, PA, 1395 Brickell Ave., 14th Floor, Miami, Florida 33131, on or before July 22, 2019, or be defaulted.

If any Claimant desires to contest either the right to exoneration from or the right to limitation of liability, he or she shall file and serve on counsel for Petitioner an answer to the Verified Petition on or before the aforesaid date unless his or her claim has included an answer so designed or be defaulted.

Orlando, Florida this _7th_ day of June, 2019.

ELIZABETH WARREN, CLERK OF COURT

*AnnLindstrand*  **Jun 07, 2019**
Deputy Clerk