# EXHIBIT A

## PALM BEACH DAILY BUSINESS REVIEW

Published Daily except Saturday, Sunday and
Legal Holidays
West Palm Beach, Palm Beach County, Florida

**STATE OF FLORIDA**
**COUNTY OF PALM BEACH:**

Before the undersigned authority personally appeared JOSHUA HENRY, who on oath says that he or she is the LEGAL CLERK, Legal Notices of the Palm Beach Daily Business Review f/k/a Palm Beach Review, a daily (except Saturday, Sunday and Legal Holidays) newspaper, published at West Palm Beach in Palm Beach County, Florida; that the attached copy of advertisement, being a Legal Advertisement of Notice in the matter of

6 19-CV-458-ORL-40LRH
NOTICE OF MONITION/ NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY - IN THE MATTER OF KING MARITIME & EQUIPMENT LLC AS OWNER OF THE 2015 YAMAHA HIN YAMA4538C515

in the U S DISTRICT Court,
was published in said newspaper in the issues of

06/19/2019 06/26/2019 07/03/2019 07/10/2019

Affiant further says that the said Palm Beach Daily Business Review is a newspaper published at Palm Beach, in said Palm Beach County, Florida and that the said newspaper has heretofore been continuously published in said Palm Beach County, Florida each day (except Saturday, Sunday and Legal Holidays) and has been entered as second class mail matter at the post office in West Palm Beach in said Palm Beach County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he or she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

Sworn to and subscribed before me this
10 day of JULY, A.D. 2019

(SEAL)
JOSHUA HENRY personally known to me



Notary Public State of Florida
Brenda M. Simmons
My Commission GG 271841
Expires 11/22/2022

---

**NOTICE OF MONITION/ NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
IN ADMIRALTY
CASE NO. 6:19-CV-458-Orl-40LRH
IN THE MATTER OF KING MARITIME & EQUIPMENT LLC as Owner of the 2015 Yamaha HIN YAMA4538C515

Notice is hereby given that Petitioner, KING MARITIME & EQUIPMENT LLC, has filed a Verified Petition pursuant to Title 46 U.S.C. §§ 30501 et seq., as amended, for exoneration from or limitation of liability of all claims for any injuries, loss, destruction or damage arising out of the alleged incident which occurred in Volusia County, Florida on or about June 3, 2018, as more fully described in the Verified Petition.

All persons having such claims must file their respective claims, as provided in Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk for the United States District Court for the Middle District of Florida, Orlando Division, George C. Young Federal Annex Courthouse, 401 West Central Boulevard, Orlando, Florida 32801 and serve a copy on counsel of record for Petitioner, **J. MICHAEL PENNEKAMP, ESQ., FOWLER WHITE BURNETT, PA**, 1395 Brickell Ave., 14th Floor, Miami, Florida 33131, on or before July 22, 2019, or be defaulted.

If any Claimant desires to contest either the right to exoneration from or the right to limitation of liability, he or she shall file and serve on counsel for Petitioner an answer to the Verified Petition on or before the aforesaid date unless his or her claim has included an answer so designed or be defaulted.

Orlando, Florida this 7th day of June, 2019.
ELIZABETH WARREN,
CLERK OF COURT
(Circuit Court Seal)
Ann Lindstrand
Deputy Clerk
6/19-26 7/3-10    19-35/0000407728P